# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERED C. SELLERS

NO. 2023 KW 1101

**FEBRUARY 14, 2024**

---

In Re:    Jered C. Sellers, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 21-WFLN-742.

---

**BEFORE:    PENZATO, HESTER, AND MILLER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The trial court incorrectly determined that relator's blood-alcohol test results were admissible as presumptive evidence of intoxication. See La. R.S. 32:664(A) & (D) (prior to repeal by 2022 La. Acts No. 393, § 1). To that extent, the writ is granted. However, notwithstanding the unavailability of the blood-alcohol test results as presumptive evidence of intoxication, assuming the results are otherwise reliable, the State may use blood-alcohol test results obtained without strict compliance with the presumptions in La. R.S. 32:662, i.e., as circumstantial evidence that would allow the fact-finder to draw an inference of the defendant's intoxication. See **State v. Shirley**, 2008-2106 (La. 5/5/09), 10 So.3d 224, 233. Accordingly, the ruling denying relator's motion to suppress is reversed in part, and this matter is remanded to the trial court for further proceedings.

**AHP**
**CHH**

**Miller, J.** concurs, and would note that "otherwise reliable" contemplates the establishment of a proper chain of custody.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT